UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARC J. YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV 07-3465 FFM<br><br>JUDGMENT OF REVERSAL |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that decision of the Commissioner is reversed and that the above-captioned action is remanded to the Commissioner of Social Security for calculation of benefits consistent with the Order dated April 14, 2009.

DATED: April 15, 2009

                                                    /S/ FREDERICK F. MUMM
                                                    FREDERICK F. MUMM
                                                 United States Magistrate Judge